IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIOLET CHARIS SHOCKLEY,<br><br>Defendant. | CR 26-27-BU-WWM<br><br>ORDER |

Defendant has filed an unopposed motion for leave to appear by video for her initial appearance and arraignment on November 23, 2026, on the ground that she lives and works in Nevada and traveling to Montana for the hearing would create a hardship for her. (Doc. 13). Good cause appearing,

IT IS ORDERED that Defendant's motion to appear remotely for the hearing on November 23, 2026, at 1:30 p.m. is GRANTED. The Clerk of Court will notify defense counsel via e-mail of the meeting ID and password in advance

//

//

of the hearing. **Zoom Guidance and Setup available at:**

**https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 19th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge